Case: 1:19-cv-00138 Document #: 1 Filed: 01/07/19 Page 1 of 8 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JAN 0 7 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff
Daniel Clark
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

19cv138
Judge Coleman
Mag. Judge Finnegan

vs.

Pie pepper Bakery
Company
John Doe #1
John Doe #2

Case _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

CHECK ONE ONLY:

✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. Plaintiff(s):
   A. Name: Daniel Clark
   B. List all aliases: Donald Clark, Danny Clark
   C. Prisoner identification number: K-98637
   D. Place of present confinement: Stateville Corr Center NRC
   E. Address: P.O. Box 112, Joliet ILL 60434

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: John Doe #1
      Title: Owner
      Place of Employment: Pie Pepper Bakery Company

   B. Defendant: John Doe #2
      Title: Co-Owner
      Place of Employment: Pie Pepper Bakery Company

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:19-cv-00138 Document #: 1 Filed: 01/07/19 Page 4 of 8 PageID #:4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On December 2017 I was an Temporary Employee with Work force temp service on 5017 W Cermak located in Cicero Illinois 60804.

I was sent out for an 12 hour shift to pie pepper Bakery Company. my Job assignment was the Dishwasher, I asked John Doe Supervisor for water boots he said that they company doesnt provide them to the Temp service workers we would have to bring our own.

I explained to him that working for workforce temp service we never know where we going to be sent, until the last minute He stated okay thats fine but I would have to work in my gym shoes for today.

Around noon, we took our first Break, we came back into the Dish room, my Job was to skrap the pie and Karust off each pie Pan with a skrapper Dump it then turn around on the slippery wet floor and stack it fast as the pie pan carts came in.

As I was doing so, I turned around to stack my pie Pan and slipped flat on my back onto the slippery wet Dish room floor. In the Dishroom I was helped up by an employee and walked slowly out to the lobby area / Breakroom to

4
Revised 9 2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

rest my back until I saw my supervisor John Doe, My supervisor John Doe came and asked me why wasn't I working, I explained to him that I just slipped and fail and hurt my back And I need to go to the Doctor because my back is hurting really bad, I also asked him to look at the videofootage of the Dishroom area, if he thought for some reason I was faking or lying he (John Doe) told me to remain sitting why'll he going to talk with his Boss (John Doe) he and his Boss decided to send me back to workforce temp service to be sent out to they company specialist to be seen.

I went to see the Doctor at they company and I was told that they dont see anything wrong and I can go home now I went home from the specialist Doctors office.

The next morning I woke up stiff and in pain I went to West Suburban Emergency Room to see an doctor, I told the Doctor I slipped what area my medical pain came from and I was giving an X-Ray that discovered that I have an compressed fractured Bone in my back next to my spinnal, I was giving pain meds and a follow up date I been unemployeed since December 2017 and only been receiving social security benefits which is $750 monthly for Being mentally disable and I receive welfare/public assistance $136 monthly.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To be Compensated for pain and suffering and all medical cost and each day I had spent on employeed do to my medical injury Also receive unemployment from the day of my injury until now/ whem month

VI.  The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this December day of 25, 20 18

Daniel Cluck
(Signature of plaintiff or plaintiffs)

Daniel Clark
(Print name)

K-98637
(I.D. Number)

Po Box 112
Joliet ILL, 60434
(Address)

IN THE
UNITED STATES DISTRICT
COURT Northern District of
Illinois

Daniel Clark )
Plaintiff, )
 )
 ) Case No. _____
v. )
John Doe #1 John Doe #2 )
Pie Pepper Bakery Company )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk
United States District court
219 South Dearborn St 20Fl
Chicago ILL 60604

TO: Lisa Madigan
Attorney General
100 W Randolph St 12Fl
Chicago IL 60601

PLEASE TAKE NOTICE that on December 25, 2018, I have placed the documents listed below in the institutional mail at Stateville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

_____
_____
_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 12/25/18

/s/ Daniel Clark
NAME: Daniel Clark
IDOC#: K-98637
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434

Revised Jan 2002

STATEVIlle Corr Center NRC
Daniel Clark # K-96637 RK-103
P.O. Box 112
Joliet Illinois 60434

2019 JAN -7 AM 8:18
CLERK
U.S. DISTRICT COURT

LEGAL MAIL

To, Prisoner Correspondent
United States District Court
219 South Dearborn Street 20th Floor
Chicago Illinois 60604

01/07/2019-15

IDOC INMATE LEGAL MAIL

ZIP 60403 $002.26 US POSTAGE PITNEY BOWES DEC 29 2018